E-SERVED
07/27/05
04:56 PM ET
Baycol MDL 1431

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

*In re BAYCOL PRODUCTS LITIGATION* — MDL No. 1431 (MJD/JGL)

This Document Relates to:

*Stefania Tomasik v. Bayer AG, et al.* — Case No. 02-0443

**STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between counsel for plaintiffs and counsel for defendants that the above-captioned matter be and are hereby voluntarily dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41(a)(1). The parties shall each bear their own costs.

Dated: 7-22-05

Perry M. Berke

Perry M. Berke
Barry I. Mortge
Baskin Server Berke & Weinstein
20 N. Wacker Drive, Suite 1900
Chicago, IL 60606
312-346-8090

*Counsel for Plaintiffs*

SCANNED
JUN 14 2006
U.S. DISTRICT COURT MPLS

E-SERVED
07/27/05
04:56 PM ET
Baycol MDL 1431

Dated: 7/27/05

Susan Weber/ASH

Susan A. Weber
James W. Mizgala
SIDLEY AUSTIN BROWN & WOOD LLP
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603
(312) 853-7000

Philip S. Beck
Adam Hoeflich
BARTLIT BECK HERMAN PALENCHAR
& SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, IL 60603
(312) 494-4400

Paul J. Zidlicky
SIDLEY AUSTIN BROWN & WOOD LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000

Richard K. Dandrea
ECKERT SEAMENS CHERIN & MELLOTT, LLC
USX Tower, 600 Grant St., 44th Floor
Pittsburgh, PA. 15219
(412) 566-6000

Peter W. Sipkins (No.101540)
DORSEY & WHITNEY LLP
Suite 1500
50 South Sixth Street
Minneapolis, MN 55402
(612) 340-2600

*Counsel for Bayer Corporation and Bayer AG*

E-SERVED 07/27/05 04:56 PM ET Baycol MDL 1431

**IT IS HEREBY ORDERED**, pursuant to the above Stipulation, that this action is dismissed with prejudice.

DATED: JUN 1 3 2006

Michael J. Davis

The Honorable Michael J. Davis
United States District Court

*Tomasik,* No. 02-0443